## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CALVIN J. ISLAR, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.: 25-3248** |
| ) | |
| **v.** ) | |
| ) | |
| **LIBERTY MUTUAL GROUP INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1446, and Local Rule 103.5, Defendant Liberty Mutual Group Inc. hereby files this Notice of Removal and states as follows:

1.      Liberty Mutual Group Inc. is the Defendant in Case Number C-24-CV-25-007611 filed in the Circuit Court for Baltimore City, Maryland (the "State Court Action").

2.      Plaintiff Calvin J. Islar, Sr. filed his complaint against Defendant in the Circuit Court for Baltimore City, Maryland on August 29, 2025.  *See* Circuit Court Complaint, attached hereto as **Exhibit 1**.

3.      Plaintiff effected service of process on September 11, 2025 by serving a copy of the Summons and Complaint by certified mail on Defendant's registered agent for service of process. *See* Writ of Summons, attached hereto as **Exhibit 2** and Notice of Service of Process **Exhibit 3**.

4.      Thus, removal of this action is being timely made within 30 days of the date of service.

5.      The State Court Action seeks recovery in excess of $75,000, exclusive of interest and costs, and the parties are from different states, as Plaintiff is a citizen of Georgia and Defendant is a citizen of Massachusetts.  Thus, the requirements of diversity are met for removal.

6.      This Notice of Removal will be filed promptly in the State Court Action and served upon Plaintiff.

7.      Copies of process and pleadings in the State Court Action that have been received by Defendant's counsel are attached hereto as set forth below.

- Plaintiff's Complaint against Defendant, filed in the Circuit Court for Baltimore County, Maryland on August 29, 2025, attached hereto as **Exhibit 1**.

- Writ of Summons to Defendant, attached hereto as **Exhibit 2**.

- Notice of Service of Process, attached hereto as **Exhibit 3**.

- Civil Non-Domestic Case Information Report, attached hereto as **Exhibit 4**.

- Plaintiff's Demand for Jury Trial, attached hereto as **Exhibit 5**.

- Correspondence from Plaintiff's attorney, attached hereto as **Exhibit 6**.

**WHEREFORE**, Defendant Liberty Mutual Group Inc. hereby removes the subject action from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

Dated: October 1, 2025                    **MEHIGAN LAW GROUP PLLC**


By:    */s/ James C. Mehigan*
          James C. Mehigan  (Fed. Bar No. 16239)
          11921 Freedom Drive
          Suite 550
          Reston, Virginia  20190
          TEL:   (703) 774-7281
          Email: jmehigan@mehiganlawgroup.com

          *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2025, a copy of the foregoing was served by first class

mail, postage prepaid, on:

          Daniel W. Whitney, Esquire
          Cheryl L. Wilhelm, Esquire
          Jordan Brownstein, Esquire
          Whitney, LLP
          409 Washington Avenue
          Towson, Maryland  21204


          */s/ James C. Mehigan*
          James C. Mehigan